

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

AEP Texas Inc.,

Vs. No. 11-24-00149-CV

Wilks Ranch Texas, Ltd.; Daniel H.
Wilks; Staci Wilks; and Farjo Ranch LLC,

\* From the 91st District Court
of Eastland County,
Trial Court No. CV-2246425.

\* July 31, 2025

\* Opinion by Williams, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we reverse that portion of the trial court's judgment granting Wilks's motion for partial summary judgment and render judgment granting AEP's motion for partial summary judgment on Wilks's claim for declaratory relief, and we remand this cause to the trial court for further proceedings consistent with this opinion. The costs incurred by reason of this appeal are taxed against Wilks Ranch Texas, Ltd.; Daniel H. Wilks; Staci Wilks; and Farjo Ranch LLC.